IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ROBERT E. JACKSON, | : | Case No. 1:24-cv-628 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| K. BAESSLER, et al., | : | |
| Defendants. | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Caroline H. Gentry (Doc. 7), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety. Moreover, the Court finds Plaintiff's Motion for Default Judgment against WCI Correctional is moot. *Asamoah v. Tigerpoly Mfg.*, No. 2:20-CV-5376, 2022 U.S. Dist. LEXIS 38295, at *9-10 (S.D. Ohio Mar. 4, 2022).

Accordingly, the Court **ORDERS** the following:

1. Plaintiff's claim against Defendant Bishop is **DISMISSED WITH PREJUDICE**;
2. Plaintiff's claim against Defendant K. Baessler **DISMISSED WITHOUT PREJUDICE**; and
3. Plaintiff's Motion for Default Judgment (Doc. 8) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature: Matthew W. McFarland]*
_____
JUDGE MATTHEW W. McFARLAND